GEORGE SINGER, Respondent, v. THE METROPOLITAN STREET RAILWAY Co., Appellant.

APPEAL by the defendant from a judgment in favor of the plaintiff, rendered in the Municipal Court, second district, borough of Manhattan.

Henry A. Robinson, for appellant.

Hymes, Woytisek & Schaap, for respondent.

MACLEAN, J. The judgment herein is not to be reversed, as contended by the appellant, upon the doctrine of Pierce v. Metropolitan St. R. Co., 21 App. Div. 427, for there is no such preponderance of evidence in favor of the defendant in this case as there was in that so cited as precedent.

FREEDMAN, P. J., concurs; LEVENTRITT, J., taking no part.

Judgment affirmed, with costs.